UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 10-252-DSF |
| | ) |
| Plaintiff, | ) <u>ORDER SETTING SENTENCING</u> |
| | ) <u>HEARING AND SCHEDULE FOR FILING</u> |
| v. | ) <u>OF SENTENCING PLEADINGS</u> |
| | ) |
| JOSEPH KELLY ILEN-OTUMA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

IT IS HEREBY ORDERED AS FOLLOWS:

1. The sentencing hearing for the above-captioned defendant is set for September 27, 2010, at 8:30 am.

2. The presentence report for this defendant shall be prepared and disclosed to the parties no later than August 13, 2010.

3. By no later than September 3, 2010, each party shall file either: (a) its initial sentencing pleading, containing its

objections to the presentence report (if any) together with its position regarding sentencing; or (b) a notice that the party has no objections to the presentence report and has elected not to file a position regarding sentencing.

4.  By no later than September 10, 2010, each party shall file either: (a) its response to the other party's initial sentencing pleading, containing its responses to the other party's objections to the presentence report (if any) together with its responses to the other party's position regarding sentencing; or (b) a notice that the party has elected not to file a response.

5.  By no later than September 17, 2010, the United States Probation Office shall prepare and provide to the parties and the court the final presentence report together with an addendum addressing any objections to the presentence report and the parties' sentencing positions.

Dated:   6/10/10

HONORABLE DALE S. FISCHER
United States District Judge

2