Anthony O. Egbase (SBN: 181721)
**LAW OFFICES OF EGBASE & ASSOCIATES**
World Trade Center
350 S. Figueroa St., Suite 189
Los Angeles, California 90071
Tel: (213)620-7070    Fax: (213)620-1200

Attorneys for Defendant: Joseph Kelly Ilen-Otuma

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH KELLY ILEN-OTUMA,<br><br>Defendant. | CR No. 10-252-DSF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING** |

Defendant, Joseph Kelly Ilen-Otuma ("Defendant"), through his counsel of record and Plaintiff, United States of America, by and through its attorney of record, hereby stipulate as follows.

1. The sentencing hearing for the above-captioned defendant is set for September 27, 2010 at 8:30a.m.

2. Defendant's counsel received the presentence report from the United States Probation Office, and does not believe he could be effective in responding to the report, due to its contents by September 3, 2010.

3. Defendant's counsel has conferred with Defendant, who agrees that continuation of the sentencing hearing is necessary.

-1-

**STIPULATION TO CONTINUE SENTENCING HEARING**

4. Defendant therein feels a continuance of the Sentencing Hearing is necessary in order to adequately conduct research and file a initial sentencing pleading with objections to the presentence report.

5. The parties agree and stipulate and request that the Court grant a continuance of the sentencing hearing to be heard on November 1, 2010.

6. The parties agree and stipulate that by no later than October 8, 2010, each party shall file either: (a) its initial sentencing pleading, containing its objections to the presentence report (if any) together with its position regarding sentencing; or (b) a notice that the party has no objections to the presentence report and has elected not to file a position regarding sentencing.

7. The parties agree and stipulate that by no later than October 15, 2010, each party shall file either: (a) its response to the other party's initial sentencing pleading, containing its responses to the other party's position regarding sentencing; or (b) a notice that the party has elected not to file a response.

8. The parties agree and stipulate that by no later than October 22, 2010, the United States Probation Office shall prepare and provide to the parties and the court the final presentence report together with an addendum addressing any objections to the presentence report and the parties' sentencing positions.

Dated:   August 31, 2010

//

//

//

**STIPULATION TO CONTINUE SENTENCING HEARING**

1  //

Respectfully submitted,

ANTHONY O. EGBASE & ASSOCIATES


   /s/ Anthony O. Egbase
ANTHONY O. EGBASE
Attorney for Defendant, Joseph Otuma


ANDRE BIROTTE JR.
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division


   /s/ Andrew Brown
ANDREW BROWN
Assistant United States Attorney
Attorneys for Plaintiff, United States of America

-3-

**STIPULATION TO CONTINUE SENTENCING HEARING**