Anthony O. Egbase (SBN: 181721)
**LAW OFFICES OF EGBASE & ASSOCIATES**
World Trade Center
350 S. Figueroa St., Suite 189
Los Angeles, California 90071
Tel: (213)620-7070    Fax: (213)620-1200

Attorneys for Defendant: Joseph Kelly Ilen-Otuma

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | )CR No. 10-252-DSF |
| Plaintiff, | )**ORDER GRANTING CONTINUANCE OF SENTENCING HEARING AND SCHEDULE FOR FILING OF SENTENCING PLEADINGS** |
| v. | ) |
| **JOSEPH KELLY ILEN-OTUMA,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED AS FOLLOWS:

1. The sentencing hearing for the above-captioned defendant that was previously set for September 27, 2010 at 8:30a.m. is now moved to November 1, 2010 at 8:30a.m.

2. By no later than October 8, 2010, each party shall file either: (a) its initial sentencing pleading, containing its objections to the presentence report (if any) together with its position regarding sentencing; or (b) a notice that the party has no objections to the presentence report and has elected not to file a position regarding sentencing.

3. By no later than October 15, 2010, each party shall file either: (a) its response to the other party's initial sentencing pleading, containing its responses to the other party's position regarding sentencing; or (b) a notice that the party has elected not to file a response.

-1-

**ORDER CONTINUING SENTENCING HEARING**

4.  By no later than October 22, 2010, the United States Probation Office shall prepare and provide to the parties and the court the final presentence report together with an addendum addressing any objections to the presentence report and the parties' sentencing positions.

Dated:   August  ____, 2010

_____
HONORABLE DALE S. FISCHER
United States District Judge

ORDER CONTINUING SENTENCING HEARING